UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARXLENIN GALINDO GARCIA, *individually and on behalf of others similarly situated*,

        *Plaintiff*,

  -against-

EL MOLCAJETE RESTAURANT CORP. (D/B/A EL MOLCAJETE), and GERARDO DIAZ,

------------------------------------------------------------------X

Civil Action No. **20-cv-04957**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On December 14, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARXLENIN GALINDO GARCIA, have judgment against EL MOLCAJETE RESTAURANT CORP. (D/B/A EL MOLCAJETE), and GERARDO DIAZ, jointly and severally, in the amount of Twenty Thousand Dollars and No Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                                        _____
                                                        LAURA TAYLOR SWAIN
                                                        UNITED STATES DISTRICT JUDGE