UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARXLENIN GALINDO GARCIA, *individually and on behalf of others similarly situated*,

            *Plaintiff*,

   -against-

EL MOLCAJETE RESTAURANT CORP. (D/B/A EL MOLCAJETE), and GERARDO DIAZ,

-----------------------------------------------------------------X

Civil Action No. **20-cv-04957**

**JUDGMENT**

## **JUDGMENT**

On December 14, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARXLENIN GALINDO GARCIA, have judgment against EL MOLCAJETE RESTAURANT CORP. (D/B/A EL MOLCAJETE), and GERARDO DIAZ, jointly and severally, in the amount of Twenty Thousand Dollars and No Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: December 15, 2021

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              UNITED STATES DISTRICT JUDGE